ORDERED.

Dated: September 13, 2024

_____
Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | |
| G8 RE Capital, LLC, et. al., | Case No.: 3:22-bk-00144-JAF |
| Debtor. | Chapter 7 |
| _____/ | |

**ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CLAIMS**
**WITH ROYCE MCGOWAN, SHELITA MCGOWAN, AND**
**<u>KENNEDI ENTERPRISES INCORPORATED</u>**

THIS CASE came before the Court on the Motion (the "<u>Motion</u>")[1] (Doc. 126) of Robert Altman, Chapter 7 Trustee for entry of an Order approving the terms of the Compromise by and between the Trustee and Royce McGowan, Shelita McGowan, and Kennedi Enterprises Incorporated. There being no objection to the Motion after proper notice to interested parties pursuant to Local Bankruptcy Rule 2002-4 on August 19, 2024, it is

**ORDERED**:

1. The Motion is granted.

2. The Compromise is approved and is fully enforceable in all respects.

Attorney Raye C. Elliott is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

---

[1] Defined terms from the Motion are incorporated by reference herein.

77594314;1