# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 3:22-bk-00144-JAF
**Case Name:** G8 RE CAPITAL, LLC

**For Period Ending:** 09/30/2024

**Trustee Name:** (291120) Robert Altman
**Date Filed (f) or Converted (c):** 01/21/2022 (f)
**§ 341(a) Meeting Date:** 04/01/2022
**Claims Bar Date:** 05/24/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | returned security deposit (u) | 0.00 | 9,186.00 | | 9,186.00 | FA |
| 2 | claw back adversary (Altman v. Kinsey) (u) | 0.00 | 300,000.00 | | 104,166.56 | 20,833.44 |
| 3 | mortgage on real estate located at 2164 Sunset River Drive, Jacksonville, Florida (u) | 0.00 | 50,000.00 | | 50,000.00 | FA |
| 4 | claw back adversary (Altman v. Albert Chester, et al) (u) | 0.00 | 59,750.00 | | 40,000.00 | 0.00 |
| 5 | claw back adversary (Altman v. Melissa Chester et al) (u) | 0.00 | 95,000.00 | | 10,000.00 | 0.00 |
| 6 | pre-petition transfer to Keith Blue (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 7 | pre-petition transfer claim against Dr. Olufisayo Arubuola ("Arubuola"), and Fismod (u) | 0.00 | 100,000.00 | | 100,000.00 | FA |
| 8 | Compromise Claim with Lakendra Moore Reed (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 9 | Claw back settlement with God's Property Jax, LLC and Terel Newton (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 10 | Claw back settlement with Meylin Diaz aka Meylin Solomon and Solomon Elite Group, LLC (u) | 0.00 | 7,500.00 | | 3,250.00 | 4,250.00 |
| 11 | Claw back settlement with Aaron Connelly (u) | 0.00 | 20,000.00 | | 10,000.00 | 10,000.00 |
| 12 | Claw back settlement with Joseph and Sarah Newkirk (u) | 0.00 | 20,000.00 | | 5,000.00 | 15,000.00 |
| 13 | Claw Back Settlement with Healing Moon Apothecary LLC (u) | 0.00 | 22,000.00 | | 0.00 | 22,000.00 |
| 14 | Claw back settlement with Clarence Watson, KW Investment Group of FL, LLC et al (u) | 0.00 | 22,500.00 | | 22,500.00 | FA |
| 15 | Default Judgment in Adversary against Carmen Boyer -- $66,418 (u) | 0.00 | 66,418.00 | | 0.00 | FA |
| 16 | Default Judgment in Adversary against JAM Ent LLC and Emmanuel Kolapo -- $140,000 (u) | 0.00 | 140,000.00 | | 0.00 | FA |
| 17 | Default Judgment in Adversary against Terenzie Brown ($54,720), Nathaniel Brown (113,600), T&N Investments and Services, LLC ($140,500) and Ty'Jheer Investments LLC ($111,700) (u) | 0.00 | 420,520.00 | | 0.00 | FA |
| 18 | Default Judgment in Adversary against Allyssa Rickerson -- $86,500 (u) | 0.00 | 86,500.00 | | 0.00 | FA |
| 19 | Default Judgment in Adversary against Thomas McBride -- $90,130 (u) | 0.00 | 90,130.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 3:22-bk-00144-JAF  
**Case Name:** G8 RE CAPITAL, LLC

**Trustee Name:** (291120) Robert Altman  
**Date Filed (f) or Converted (c):** 01/21/2022 (f)  
**§ 341(a) Meeting Date:** 04/01/2022

**For Period Ending:** 09/30/2024

**Claims Bar Date:** 05/24/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Default Judgment in Adversary against Rasheed Okuboyejo ($4,000) and Looseked LLC ($89,000)  (u) | 0.00 | 93,000.00 | | 0.00 | FA |
| 21 | Default Judgment in Adversary against Sheree Larkins and Patrice Jackson -- $243,650 (u) | 0.00 | 243,650.00 | | 0.00 | FA |
| 22 | Claw back settlement with Canard Thomas (u) | 0.00 | 4,500.00 | | 600.00 | 3,900.00 |
| 23 | Claw back settlement with MMGI, LLC, et al (u) | 0.00 | 13,500.00 | | 0.00 | 13,500.00 |
| 24 | Claw back settlement with Royce McGowan, Shelita McGowan, and Kennedi Enterprises Incorporated (u) | 0.00 | 8,500.00 | | 8,500.00 | FA |
| 25 | claw back settlement with Lanett Coleman et al (u) | 0.00 | 20,000.00 | | 3,334.00 | 16,666.00 |
| 26 | claw back settlement with Charlie Daniels and Ovena Daniels (u) | 0.00 | 45,000.00 | | 0.00 | 45,000.00 |
| **26** | **Assets       Totals       (Excluding unknown values)** | **$0.00** | **$1,987,654.00** | | **$416,536.56** | **$151,149.44** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

| | |
|---|---|
| **Case No.:** 3:22-bk-00144-JAF | **Trustee Name:** (291120) Robert Altman |
| **Case Name:** G8 RE CAPITAL, LLC | **Date Filed (f) or Converted (c):** 01/21/2022 (f) |
| | **§ 341(a) Meeting Date:** 04/01/2022 |
| **For Period Ending:** 09/30/2024 | **Claims Bar Date:** 05/24/2022 |

**Major Activities Affecting Case Closing:**

Motion to Compromise with Charlie Daniels and Ovena Daniels. signed filed September 13, 2024. The compromise provides for payment of $45,00.00 to be paid within 30 days of a Final Order approving this Agreement.

Order Granting Trustee's Motion to Approve Compromise of Claims with Royce McGowan, Shelita McGowan, and Kennedi Enterprises Incorporated signed September 13, 2024.

Order Granting Trustee's Motion to Approve Compromise of Claims with MMGI, LLC, Wesley C. Mills, Helen Hauck, and Stacey Mills signed September 13, 2024.

Motion to Compromise with Charlie Daniels and Ovena Daniels. signed filed September 13, 2024. The compromise provides for payment of $45,00.00 to be paid within 30 days of a Final Order approving this Agreement.

Settlement Agreement between Trustee and Charlie Daniels and Ovena Daniels. signed September 7, 2024. The settlement provides for payment of $45,00.00 to be paid within 30 days of a Final Order approving this Agreement

Order Granting Motion to Approve Compromise between the Trustee and Canard Thomas signed September 5, 2024.

Motion to Compromise Claims with between Trustee and Lanett Coleman and Bailbonds Express-Southside, Inc. filed September 5, 2024. The settlement provides for payment of $20,00.00 to be paid over 6 months in monthly payments of $3,334.00 beginning September 1, 2024 with a final payment of $3,330.00 due February 1, 2025.

Settlement Agreement between Trustee and Lanett Coleman and Bailbonds Express-Southside, Inc. signed September 3, 2024. The settlement provides for payment of $20,00.00 to be paid over 6 months in monthly payments of $3,334.00 beginning September 1, 2024 with a final payment of $3,330.00 due February 1, 2025.

8/16/2024: The Trustee has made numerous efforts to sell or dispose of default judgments (assets 15 through 21) without success. The Trustee considers the judgments uncollectable.Motion to Compromise Claims with Royce McGowan, Shelita McGowan, and Kennedi Enterprises Incorporated filed August 19, 2024. Defendants shall pay the Trustee a total of $8,500.00 which shall be paid within thirty (30) days of entry of a final order granting the instant Motion.

Motion to Compromise Claims with MMGI, LLC, Wesley C. Mills, Helen Hauck, and Stacey Mills filed August 19, 2024. The Defendants shall pay the Trustee a total of $13,500.00, which shall be paid within thirty (30) days of entry of a final order granting this Motion. Defendants shall be allowed to file a late claim in the Bankruptcy Case in the amount of $155,500.00 and the Trustee shall not object to that claim that it is filed after the claims bar date or on any other grounds.

8/16/2024: The Trustee has made numerous efforts to sell or dispose of default judgments (assets 15 through 21) without success. The Trustee considers the judgments uncollectable.

Motion to Compromise Claim filed August 8, 2024 with Cannard Thomas   The settlement provides for payment of $4,500.00 to be paid as follows: a)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-4

| | |
|---|---|
| **Case No.:** 3:22-bk-00144-JAF | **Trustee Name:** (291120) Robert Altman |
| **Case Name:** G8 RE CAPITAL, LLC | **Date Filed (f) or Converted (c):** 01/21/2022 (f) |
| | **§ 341(a) Meeting Date:** 04/01/2022 |
| **For Period Ending:** 09/30/2024 | **Claims Bar Date:** 05/24/2022 |

$200.00 shall be paid on or before September 15, 2024; b) $200.00 shall be paid on or before October 15, 2024; c) $200.00 shall be paid on or before November 15, 2024; d) $200.00 shall be paid on or before December 15, 2024; e) $200.00 shall be paid on or before January 15, 2025; f) $400.00 shall be paid on or before February 15, 2025; g) $400.00 shall be paid on or before March 15, 2025; h) $400.00 shall be paid on or before April 15, 2025; i) $400.00 shall be paid on or before May 15, 2025; j) $400.00 shall be paid on or before June 15, 2025; k) $750.00 shall be paid on or before July 15, 2025; and l) $750.00 shall be paid on or before August 15, 2025.Settlement Agreement between Trustee and Canard Thomas signed July 29, 2024. The settlement provides for payment of $4,500.00 to be paid as follows: a) $200.00 shall be paid on or before September 15, 2024; b) $200.00 shall be paid on or before October 15, 2024; c) $200.00 shall be paid on or before November 15, 2024; d) $200.00 shall be paid on or before December 15, 2024; e) $200.00 shall be paid on or before January 15, 2025; f) $400.00 shall be paid on or before February 15, 2025; g) $400.00 shall be paid on or before March 15, 2025; h) $400.00 shall be paid on or before April 15, 2025; i) $400.00 shall be paid on or before May 15, 2025; j) $400.00 shall be paid on or before June 15, 2025; k) $750.00 shall be paid on or before July 15, 2025; and l) $750.00 shall be paid on or before August 15, 2025.

Order Granting Motion to Approve Compromise of Controversy between the Trustee and Clarence Watson, KW Investment Group of FL, LLC, Florida 360 KW LLC, CW35 Invest LLC and Watson Unlimited Enterprises, Inc. signed July 16, 2024. The settlement provides for payment of $22,500.00 to be paid upon approval of the Motion to Approve Compromise of Claims with the Defendants.

Order Granting Motion to Approve Compromise of Controversy between the Trustee and Meylin Diaz, a/k/a Meylin Solomon, and Solomon Elite Group, LLC, f/k/a Meylin Diaz, LLC signed July 8, 2024.

Order Granting Motion for entry of an Order approving the terms of the Compromise by and between the Trustee and Joseph R. Newkirk, RZ Service Group LLC, f/k/a Recovery Zone Cryogenic Therapy LLC, Sarah Newkirk, and Healing Moon Apothecary LLC, d/b/a Future Life Ventures LLC signed July 1, 2024.

Order Granting Motion for entry of an Order approving the terms of the Compromise by and between the Trustee and Aaron Connelly signed July 1, 2024.

Order Granting Motion for entry of an Order approving the terms of the Compromise by and between the Trustee and God's Property Jax LLC and Terel Newton signed June 18, 2024.

Motion to Approve Compromise between Trustee and Clarence Watson, KW Investment Group of FL, LLC, Florida 360 KW LLC, CW35 Invest LLC and Watson Unlimited Enterprises, Inc. filed June 18, 2024. The settlement provides for payment of $22,500.00 to be paid upon approval of the Motion to Approve Compromise of Claims with the Defendants.

The Estate has default Judgements against the following:
Carmen Boyer -- $66,418
JAM Ent LLC and Emmanuel Kolapo -- $140,000
Terenzie Brown ($54,720), Nathaniel Brown (113,600), T&N Investments and Services, LLC ($140,500) and Ty'Jheer Investments LLC ($111,700)
Allyssa Rickerson -- $86,500
Thomas McBride -- $90,130
Rasheed Okuboyejo ($4,000) and Loosekid LLC ($89,000)
Sheree Larkins and Patrice Jackson -- $243,650

Settlement Agreement between Trustee and Clarence Watson, KW Investment Group of FL, LLC, Florida 360 KW LLC, CW35 Invest LLC and Watson

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-5

| | |
|---|---|
| **Case No.:** 3:22-bk-00144-JAF | **Trustee Name:** (291120) Robert Altman |
| **Case Name:** G8 RE CAPITAL, LLC | **Date Filed (f) or Converted (c):** 01/21/2022 (f) |
| | **§ 341(a) Meeting Date:** 04/01/2022 |
| **For Period Ending:** 09/30/2024 | **Claims Bar Date:** 05/24/2022 |

Unlimited Enterprises, Inc. signed June 10, 2024. The settlement provides for payment of $22,500.00 to be paid upon approval of the Motion to Approve Compromise of Claims with the Defendants.

Trustee's Motion to Approve Compromise between Trustee and Meylin Diaz aka Meylin Solomon and Solomon Elite Group, LLC filed June 5, 2024 provides for payment of $7,500.00 to the estate in 2 payments of $3,250.00 on approval of this settlement and $4,250.00 on or before December 31, 2024.

Trustee's Motion to Approve Compromise between Trustee and Joseph and Sarah Newkirk and Healing Moon Apothecary LLC et al filed June 4, 2024. The settlement is structured as follows: Defendants S. Newkirk and J. Newkirk shall pay the Trustee a total of $20,000.00 payable as follows: a. $3,000.00 shall be paid upon entry of a final order granting the Trustee's Motion for Approval of Compromise of Claims with Defendants $1,000.00 shall be paid each and every month beginning 30 days after the initial $3,000.00 payment, and continuing for 17 months until the remaining balance of the Newkirk Settlement Payment is paid in full. Defendant Healing Moon shall pay the Trustee a total of $22,000.00 payable as follows: $7,000.00 shall be paid on or before December 1,2024; $7,000.00 shall be paid on or before June 1, 2025; and c. $8,000.00 shall be paid on or before December 1,2025.

Trustee's Motion to Approve Compromise with Aaron Connelly filed June 4, 2024 providing for payment of $20,000.00 to the estate in 4 payments of $5,000.00 each on Jun 1, 2024, August 1, 2024, October 1, 2024 and December 1, 2024.

Settlement Agreement between Trustee and Joseph and Sarah Newkirk and Healing Moon Apothecary LLC et al signed June 1, 2024. The settlement is structured as follows: Defendants S. Newkirk and J. Newkirk shall pay the Trustee a total of $20,000.00 payable as follows: a. $3,000.00 shall be paid upon entry of a final order granting the Trustee's Motion for Approval of Compromise of Claims with Defendants $1,000.00 shall be paid each and every month beginning 30 days after the initial $3,000.00 payment, and continuing for 17 months until the remaining balance of the Newkirk Settlement Payment is paid in full. Defendant Healing Moon shall pay the Trustee a total of $22,000.00 payable as follows: $7,000.00 shall be paid on or before December 1,2024; $7,000.00 shall be paid on or before June 1, 2025; and c. $8,000.00 shall be paid on or before December 1,2025.

Motion to Compromise filed May 22, 2024 between Trustee God's Property Jax LLC and Terel Newton. Pursuant to the Compromise God's Property shall pay the Trustee a total of $20,000 which shall be paid in four (4) consecutive monthly payments of $5,000 on June 1, 2024, July 1, 2024, August 1, 2024, and September 1, 2024.

Settlement Agreement between Trustee and Aaron Connelly signed May 20, 2024 provides for payment of $20,000.00 to the estate in 4 payments of $5,000.00 each on Jun 1, 2024, August 1, 2024, October 1, 2024 and December 1, 2024.

Settlement Agreement between Trustee and Meylin Diaz aka Meylin Solomon and Solomon Elite Group, LLC signed May 16, 2024 provides for payment of $7,500.00 to the estate in 2 payments of $3,250.00 on approval of this settlement and $4,250.00 on or before December 31, 2024.

Settlement Agreement between Trustee and God's Property JAX LLC et al signed May 13, 2024 provides for payment of $20,000.00 to the estate in 4 payments of $5,000.00 on June 1, July, August 1 and Sept. 1.

Order Granting Compromise by and between the Trustee and Lakendra Moore Reed, a/k/a Lakendra Moore, a/k/a Lakendra Reed, a/k/a Kendra Reed signed February 28, 2024.

Order Granting Motion to Compromise between the Trustee and Koinonia Holdings, LLC, Dr. Olufisayo Arubuola, and Fismod Enterprises, Inc. signed February 23, 2024.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 3:22-bk-00144-JAF  
**Case Name:** G8 RE CAPITAL, LLC  

**Trustee Name:** (291120) Robert Altman  
**Date Filed (f) or Converted (c):** 01/21/2022 (f)  
**§ 341(a) Meeting Date:** 04/01/2022  

**For Period Ending:** 09/30/2024  
**Claims Bar Date:** 05/24/2022  

Order Granting Emergency Motion of Chapter 7 Trustee to Extend Deadline to File Avoidance Actions Under Section 546 of the Bankruptcy Code to January 20, 2024 signed February 2, 2024.

Complaint by Robert Altman, Chapter 7 Trustee against Royce McGowan, Shelita McGowan, Kennedi Enterprises Incorporated filed January 30, 2024 to recover pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Aumari Watkins, Dawuane Smoot, AumAlive, LLC filed January 30, 2024 to recover pre-petitions transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Kendal Fordham filed January 30, 2024 to recover pre-petition transfers.

Motion to Compromise Claim with Lakendra Moore Reed filed January 30, 2024. Reed shall pay the Trustee $20,000.00 within 10 days of an order approving the compromise.

Complaint by Robert Altman, Chapter 7 Trustee against Rasheed Okuboyejo, Loosekid LLC for pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Allyssa D. Rickerson for pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Sarah Newkirk, Healing Moon Apothecary LLC for pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Sheree Larkins, Patrice Jackson for pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Meylin Diaz, Solomon Elite Group LLC. for pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against MMGI, LLC, Wesley C. Mills, Helen Hauck, Stacey Mills for pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Aaron Connelly for pre-petition transfer.

Motion to Compromise Claims with Dr. Olufisayo Arubuola ("Arubuola"), and Fismod filed January 29, 2024. The compromise provides for the Defendant to pay the estate $100,000.00 in full satisfaction of the pre-petition transfer claim made with the defendant being allowed a $250,000.00 claim.

Complaint by Robert Altman, Chapter 7 Trustee against Lanett Coleman, Bailbonds Express-Southside Inc. filed January 19, 2024 to recover pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Terenzie Brown, Nathaniel Brown, T&N Investments and Services LLC, Ty'Jheer Investments LLC. filed January 19, 2024 to recover pre-petition transfers.

Order Granting in Part Chapter 7 Trustee's Emergency Motion to Extend Deadline to file Avoidance Actions under Section 546 of the Bankruptcy Code through January 31, 2024 and Scheduling Hearing on Motion signed January 17, 2024.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-7

| | |
|---|---|
| **Case No.:** 3:22-bk-00144-JAF | **Trustee Name:** (291120) Robert Altman |
| **Case Name:** G8 RE CAPITAL, LLC | **Date Filed (f) or Converted (c):** 01/21/2022 (f) |
| | **§ 341(a) Meeting Date:** 04/01/2022 |
| **For Period Ending:** 09/30/2024 | **Claims Bar Date:** 05/24/2022 |

Emergency Motion to Extend time to File Avoidance Actions under Section 546 filed January 16, 2024.

Mediation scheduled in Trustee vs Olufisayo Arubuola et al on January 25, 2024.

Complaint by Robert Altman, Chapter 7 Trustee against Joseph R. Newkirk, RZ Service Group LLC. filed January 4, 2024 to recover pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Thomas C. McBride Jr. filed January 4, 2024 to recover pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Charlie Daniels filed January 4, 2024 to recover pre-petition transfers.

Amended Complaint filed December 15, 2023 in Altman v. Mario J. Payne and Planning Solutions to recover preferences and fraudulent transfers.

Order Granting Motion to Approve Compromise of Controversy between the Trustee and Keith Blue signed November 7, 2023.

Complaint by Robert Altman, Chapter 7 Trustee against Canard Thomas filed November 6, 2023 to recover pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Mario J. Payne, Planning Solutions International LLC filed November 6, 2023 to recover pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Tazwa Brown filed November 6, 2023 to recover pre-petition assets.

Complaint filed against Jam Ent, LLC and Emmanuel Kalapo filed October 20, 2023 to recover pre-petition transfers.

Complaint against Carmen Boyer filed October 20, 2023 to recover pre-petition transfers.

Motion to Compromise Claims with Keith Blue filed October 13, 2023.  Mr. Blue will pay the estate $10,000.00 as follows: $5,000 shall be paid within seven days of the entry of an order granting the Motion to Compromise and $5,000.00 shall be paid no later than 30 days after.

Order Granting Motion to Approve Compromise of Controversy between the Trustee and Melissa Chester, Albert D. Chester, II and Summit Vision, Inc. signed October 11, 2023.

Complaint by Robert Altman, Chapter 7 Trustee against Olufisayo Arubuola, Koinonia Holdings, LLC, Fismod Enterprises, Inc. filed October 9, 2023 to recover pre-petition transfers.

Complaint filed October 5, 2023 against Clarence Watson et al to recover pre-petition transfers.

Trustee's Motion to Compromise Claims with Melissa Chester, Albert D. Chester, II and Summit Vision, Inc.  The defendants will pay the estate $50,000.00 upon approval of this compromise.

The first $62,500.00 was paid by Kinsey but the first installment payment is late.   The trial scheduled for July 12, 2023 against Chester will be postponed for mediation.

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-8

| | |
|---|---|
| **Case No.:** 3:22-bk-00144-JAF | **Trustee Name:** (291120) Robert Altman |
| **Case Name:** G8 RE CAPITAL, LLC | **Date Filed (f) or Converted (c):** 01/21/2022 (f) |
| | **§ 341(a) Meeting Date:** 04/01/2022 |
| **For Period Ending:** 09/30/2024 | **Claims Bar Date:** 05/24/2022 |

Order Granting Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC signed June 7, 2023.

Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023. The Motion provides for the estate to receive $125,000.00 with $62,500.00 to be paid within 7 days of approval of the Motion with the remaining paid over 24 months in installments of $2,604.16 commencing July 1, 2023 and continuing each month thereafter.

Complaint by Robert Altman, Chapter 7 Trustee against Lakeisha Kinsey, Kinsey Enterprises Group, LLC, It's What U Want Unlimited Enterprises, LLC. filed November 17, 2022 to recover pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Melissa Chester filed November 17, 2022 to recover pre-petition transfers.

Complaint by Robert Altman, Chapter 7 Trustee against Albert D Chester II, Summit Vision, Inc. filed November 17, 2022 to recover pre-petition transfers.

Order Granting Trustee's Emergency Motion for Authority to Sell Property of the Bankruptcy Estate at Private sale for $50,000.00 signed august 31, 2022.

Emergency Motion for entry of an order authorizing the Trustee to sell certain property of the bankruptcy estate located at 2164 Sunset River Drive, Jacksonville, Florida at private sale to 2164 Holdings, LLC for $50,000.00 filed August 19, 2022.

The Trustee and his attorney are examining all transfers made by the debtor to determine what is recoverable including claw backs.

Order Granting Trustee's Motion to Substantively Consolidate Estates of Alter Ego Entities with Debtor's Estate signed May 27, 2022. The follwing cases have been substantively consolidated: G8 Equity LLC; G8 WWW, LLC; G8 Industries, LLC; G8 Realty, LLC; 24ENT, LLC; Staffmerge, LLC; Newzkast, LLC; Ceecrets, LLC; Realestatecake, Inc.; Haul Broker, LLC; Residential Movement Corp.; Premier Coast Holdings, Inc.; and New Home Rebate Realty, LLC.

Trustee's Motion to Substantively Consolidate Estates of Alter Ego Entities with Debtor's Estate filed April 28, 2022.

Order Approving Application to Employ Steven Vanderwilt as Accountant signed March 18, 2022.

Order Granting Trustee's Motion to Extend Time to File a List of Creditors and Granting Motion to Abate Requirement to Schedules, Statement of Financial Affairs and other Required Documents signed March 4, 2022. The deadline to file list of creditors is April 1, 2022.

Order Approving Application to Employ David E. Otero and Christian P. George as Special Attorney for the Estate signed March 2, 2022.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 06/19/2024 | **Current Projected Date Of Final Report (TFR):** 08/20/2025 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-9

**Case No.:** 3:22-bk-00144-JAF
**Case Name:** G8 RE CAPITAL, LLC

**For Period Ending:** 09/30/2024

**Trustee Name:** (291120) Robert Altman
**Date Filed (f) or Converted (c):** 01/21/2022 (f)
**§ 341(a) Meeting Date:** 04/01/2022
**Claims Bar Date:** 05/24/2022

09/30/2024
Date

/s/Robert Altman
Robert Altman

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 3:22-bk-00144-JAF | Trustee Name: | Robert Altman (291120) |
|---|---|---|---|
| Case Name: | G8 RE CAPITAL, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8600 | Account #: | ******5471 Checking |
| For Period Ending: | 09/30/2024 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/08/22 | {1} | 1301 Riverplace Owner, LLC | returned security deposit | 1229-000 | 9,186.00 | | 9,186.00 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.30 | 9,175.70 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.17 | 9,159.53 |
| 09/13/22 | {3} | Akerman, LLP | Order Granting Trustee's Emergency Motion for Authority to Sell Property of the Bankruptcy Estate at Private sale for $50,000.00 signed August 31, 2022 | 1221-000 | 50,000.00 | | 59,159.53 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 60.08 | 59,099.45 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 91.56 | 59,007.89 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.88 | 58,907.01 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 94.41 | 58,812.60 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 100.54 | 58,712.06 |
| 02/14/23 | 101 | International Sureties, Ltd. | Bond # 016027985 | 2300-000 | | 55.93 | 58,656.13 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.81 | 58,568.32 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 96.99 | 58,471.33 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 87.46 | 58,383.87 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 102.93 | 58,280.94 |
| 06/10/23 | {2} | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | 1241-000 | 62,500.00 | | 120,780.94 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 153.51 | 120,627.43 |
| 07/03/23 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | 2,604.16 | | 123,231.59 |
| | {2} | | Payment #6 on Asset #2 claw back adversary (Altman v. Kinsey)<br>$2,604.16 | 1241-000 | | | |
| 07/29/23 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | 2,604.16 | | 125,835.75 |
| | {2} | | Payment #1 on Asset #2 claw back adversary (Altman v. Kinsey)<br>$2,604.16 | 1241-000 | | | |

Page Subtotals:  $126,894.32   $1,058.57

{ } Asset Reference(s)                                                                                                                               ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 3:22-bk-00144-JAF | Trustee Name: | Robert Altman (291120) |
|---|---|---|---|
| Case Name: | G8 RE CAPITAL, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8600 | Account #: | ******5471 Checking |
| For Period Ending: | 09/30/2024 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 190.50 | 125,645.25 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 221.25 | 125,424.00 |
| 09/02/23 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | 2,604.16 | | 128,028.16 |
| | {2} | | Payment #5 on Asset #2 claw back adversary (Altman v. Kinsey)   $2,604.16 | 1241-000 | | | |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 197.65 | 127,830.51 |
| 10/02/23 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | 2,604.16 | | 130,434.67 |
| | {2} | | Payment #4 on Asset #2 claw back adversary (Altman v. Kinsey)   $2,604.16 | 1241-000 | | | |
| 10/19/23 | | Keith I. Blue II | Motion to Compromise Claims with Keith Blue filed October 13, 2023 | | 5,000.00 | | 135,434.67 |
| | {6} | | Payment #1 on Asset #6 pre-petition transfer to Keith Blue   $5,000.00 | 1241-000 | | | |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 225.77 | 135,208.90 |
| 11/03/23 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | 2,604.16 | | 137,813.06 |
| | {2} | | Payment #3 on Asset #2 claw back adversary (Altman v. Kinsey)   $2,604.16 | 1241-000 | | | |
| 11/04/23 | | Albert Chester II and Melissa Chester | Trustee's Motion to Compromise Claims with Melissa Chester, Albert D. Chester, II and Summit Vision, Inc. | | 50,000.00 | | 187,813.06 |
| | {4} | | Trustee's Motion to Compromsie Claims with Melissa Chester, Albert D. Chester, II and Summit Vision, Inc.   $40,000.00 | 1241-000 | | | |
| | {5} | | Trustee's Motion to Compromsie Claims with Melissa Chester, Albert D. Chester, II and Summit Vision, Inc.   $10,000.00 | 1241-000 | | | |
| | | | Page Subtotals: | | $62,812.48 | $835.17 | |

{ } Asset Reference(s)                                                                                                               ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 3:22-bk-00144-JAF | Trustee Name: | Robert Altman (291120) |
|---|---|---|---|
| Case Name: | G8 RE CAPITAL, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8600 | Account #: | ******5471 Checking |
| For Period Ending: | 09/30/2024 | Blanket Bond (per case limit): | $1,500,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/30/23 |  | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 |  | 2,604.16 |  | 190,417.22 |
|  | {2} |  | Payment #2 on Asset #2 claw back adversary (Altman v. Kinsey)   $2,604.16 | 1241-000 |  |  |  |
| 11/30/23 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 284.56 | 190,132.66 |
| 12/28/23 |  | Keith I. Blue II | Motion to Compromise Claims with Keith Blue filed October 13, 2023 |  | 5,000.00 |  | 195,132.66 |
|  | {6} |  | Payment #2 on Asset #6 pre-petition transfer to Keith Blue   $5,000.00 | 1241-000 |  |  |  |
| 12/29/23 |  | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 |  | 2,604.16 |  | 197,736.82 |
|  | {2} |  | Payment #7 on Asset #2 claw back adversary (Altman v. Kinsey)   $2,604.16 | 1241-000 |  |  |  |
| 12/29/23 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 294.84 | 197,441.98 |
| 01/03/24 |  | Kinsey Enterprises Group LLC | Deposit #10113 Returned NSF |  | -2,604.16 |  | 194,837.82 |
|  | {2} |  | Refund for Payment #8 on Asset #2 claw back adversary (Altman v. Kinsey)   -$2,604.16 | 1241-000 |  |  |  |
| 01/09/24 |  | Kinsey Enterprises Group | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 (replacement check for check 1151) |  | 2,604.16 |  | 197,441.98 |
|  | {2} |  | Payment #8 on Asset #2 claw back adversary (Altman v. Kinsey)   $2,604.16 | 1241-000 |  |  |  |
| 01/31/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 346.39 | 197,095.59 |
| 02/03/24 |  | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 |  | 2,604.16 |  | 199,699.75 |

Page Subtotals:    $12,812.48    $925.79

{ } Asset Reference(s)                                                                                              ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 3:22-bk-00144-JAF | Trustee Name: | Robert Altman (291120) |
|---|---|---|---|
| Case Name: | G8 RE CAPITAL, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8600 | Account #: | ******5471 Checking |
| For Period Ending: | 09/30/2024 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {2} | | Payment #8 on Asset #2 claw back adversary (Altman v. Kinsey) $2,604.16 | 1241-000 | | | |
| 02/21/24 | {8} | A. Jordan Felix, Esq., PLLC, Trust | Motion to Compromise Claim with Lakendra Moore Reed filed January 30, 2024 | 1241-000 | 20,000.00 | | 219,699.75 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 316.38 | 219,383.37 |
| 03/01/24 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | 2,604.16 | | 221,987.53 |
| | {2} | | Payment #9 on Asset #2 claw back adversary (Altman v. Kinsey) $2,604.16 | 1241-000 | | | |
| 03/13/24 | {7} | Koinonia Holdings LLC | Motion to Compromise Claims with Dr. Olufisayo Arubuola ("Arubuola"), and Fismod filed January 29, 2024 | 1241-000 | 100,000.00 | | 321,987.53 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 428.09 | 321,559.44 |
| 04/01/24 | 102 | International Sureties, Ltd. | Bond # 612419629 | 2300-000 | | 311.52 | 321,247.92 |
| 04/02/24 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | 2,604.16 | | 323,852.08 |
| | {2} | | Payment #10 on Asset #2 claw back adversary (Altman v. Kinsey) $2,604.16 | 1241-000 | | | |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 551.78 | 323,300.30 |
| 05/06/24 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | 2,604.16 | | 325,904.46 |
| | {2} | | Payment #11 on Asset #2 claw back adversary (Altman v. Kinsey) $2,604.16 | 1241-000 | | | |
| 05/30/24 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | 2,604.16 | | 328,508.62 |
| | {2} | | Payment #12 on Asset #2 claw back adversary (Altman v. Kinsey) $2,604.16 | 1241-000 | | | |
| | | | Page Subtotals: | | $130,416.64 | $1,607.77 | |

{ } Asset Reference(s)                                                                                                      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 3:22-bk-00144-JAF | Trustee Name: | Robert Altman (291120) |
| --- | --- | --- | --- |
| Case Name: | G8 RE CAPITAL, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8600 | Account #: | ******5471 Checking |
| For Period Ending: | 09/30/2024 | Blanket Bond (per case limit): | $1,500,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 537.58 | 327,971.04 |
| 06/03/24 |  | Gods Property Jax LLC | Motion to Compromise filed May 22, 2024 between Trustee God's Property Jax LLC and Terel Newton |  | 5,000.00 |  | 332,971.04 |
|  | {9} |  | Payment #1 on Asset #9 Claw back settlement with God's Property Jax, LLC and Terel Newton $5,000.00 | 1241-000 |  |  |  |
| 06/03/24 |  | Aaron B. Connelley | Settlement Agreement between Trustee and Aaron Connelly signed May 20, 2024 provides for payment of $20,000.00 to the estate in 4 payments of $5,000.00 |  | 5,000.00 |  | 337,971.04 |
|  | {11} |  | Payment #1 on Asset #11 Claw back settlement with Aaron Connelly $5,000.00 | 1241-000 |  |  |  |
| 06/06/24 |  | Meylin Solomon | Trustee's Motion to Approve Compromise between Trustee and Meylin Diaz aka Meylin Solomon and Solomon Elite Group, LLC filed June 5, 2024 |  | 3,250.00 |  | 341,221.04 |
|  | {10} |  | Payment #1 on Asset #10 Claw back settlement with Meylin Diaz aka Meylin Solomon and Solomon Elite Group, LLC $3,250.00 | 1241-000 |  |  |  |
| 06/28/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 506.39 | 340,714.65 |
| 07/01/24 |  | God's Property JAX LLC | Motion to Compromise filed May 22, 2024 between Trustee God's Property Jax LLC and Terel Newton |  | 5,000.00 |  | 345,714.65 |
|  | {9} |  | Payment #2 on Asset #9 Claw back settlement with God's Property Jax, LLC and Terel Newton $5,000.00 | 1241-000 |  |  |  |
| 07/02/24 |  | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 |  | 2,604.16 |  | 348,318.81 |
|  | {2} |  | Payment #13 on Asset #2 claw back adversary (Altman v. Kinsey) $2,604.16 | 1241-000 |  |  |  |
| 07/10/24 |  | Joseph R. Newkirk | Trustee's Motion to Approve Compromise between Trustee and Joseph and Sarah Newkirk and Healing Moon Apothecary LLC et al filed June 4, 2024 |  | 3,000.00 |  | 351,318.81 |

Page Subtotals: $23,854.16   $1,043.97

{ } Asset Reference(s)  
! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 3:22-bk-00144-JAF | Trustee Name: | Robert Altman (291120) |
|---|---|---|---|
| Case Name: | G8 RE CAPITAL, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8600 | Account #: | ******5471 Checking |
| For Period Ending: | 09/30/2024 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {12} | | Payment #1 on Asset #12 Claw back settlement with Joseph and Sarah Newkirk $3,000.00 | 1241-000 | | | |
| 07/19/24 | | Rehan N. Khawaja, Trust Account | Order Granting Motion to Approve Compromise of Controversy between the Trustee and Clarence Watson, KW Investment Group of FL, LLC, Florida 360 KW LLC, CW35 Invest LLC and Watson Unlimited Enterprises, Inc. signed July 16, 2024 | | 22,500.00 | | 373,818.81 |
| | {14} | | Payment #1 on Asset #14 Claw back settlement with Clarence Watson, KW Investment Group of FL, LLC et al $22,500.00 | 1241-000 | | | |
| 07/19/24 | | Rehan N. Khawaja, Trust Account | Order Granting Motion to Approve Compromise of Controversy between the Trustee and Clarence Watson, KW Investment Group of FL, LLC, Florida 360 KW LLC, CW35 Invest LLC and Watson Unlimited Enterprises, Inc. signed July 16, 2024 | | 22,500.00 | | 396,318.81 |
| | {14} | | Payment #1 on Asset #14 Claw back settlement with Clarence Watson, KW Investment Group of FL, LLC et al $22,500.00 | 1241-000 | | | |
| 07/19/24 | | Rehan N. Khawaja, Trust Account | Deposit Reversal: Order Granting Motion to Approve Compromise of Controversy between the Trustee and Clarence Watson, KW Investment Group of FL, LLC, Florida 360 KW LLC, CW35 Invest LLC and Watson Unlimited Enterprises, Inc. signed July 16, 2024 | | -22,500.00 | | 373,818.81 |
| | {14} | | Payment #1 on Asset #14 Claw back settlement with Clarence Watson, KW Investment Group of FL, LLC et al -$22,500.00 | 1241-000 | | | |
| 07/31/24 | {11} | Aaron Connelley | Trustee's Motion to Approve Compromise with Aaron Connelly filed June 4, 2024 | 1241-000 | 5,000.00 | | 378,818.81 |
| 07/31/24 | | Gods Property JAX LLC | Motion to Compromise filed May 22, 2024 between Trustee God's Property Jax LLC and Terel Newton | | 10,000.00 | | 388,818.81 |
| | {9} | | Combined payments on Asset #9 Claw back settlement with God's Property Jax, LLC and Terel Newton $10,000.00 | 1241-000 | | | |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 614.41 | 388,204.40 |
| 08/02/24 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | 2,604.16 | | 390,808.56 |

Page Subtotals:      $40,104.16      $614.41

{ } Asset Reference(s)                                                                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-7

| Case No.: | 3:22-bk-00144-JAF | Trustee Name: | Robert Altman (291120) |
| --- | --- | --- | --- |
| Case Name: | G8 RE CAPITAL, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***8600 | Account #: | ******5471 Checking |
| For Period Ending: | 09/30/2024 | Blanket Bond (per case limit): | $1,500,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  | {2} |  | Payment #14 on Asset #2 claw back adversary (Altman v. Kinsey) $2,604.16 | 1241-000 |  |  |  |
| 08/12/24 |  | Joseph Newkirk | Trustee's Motion to Approve Compromise between Trustee and Joseph and Sarah Newkirk and Healing Moon Apothecary LLC et al filed June 4, 2024 |  | 1,000.00 |  | 391,808.56 |
|  | {12} |  | Payment #2 on Asset #12 Claw back settlement with Joseph and Sarah Newkirk $1,000.00 | 1241-000 |  |  |  |
| 08/22/24 |  | Residential Movement Real Estate Group | Motion to Compromise Claim filed August 8, 2024 with Thomas Cannard |  | 200.00 |  | 392,008.56 |
|  | {22} |  | Payment #1 on Asset #22 Claw back settlement with Canard Thomas $200.00 | 1241-000 |  |  |  |
| 08/30/24 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 615.82 | 391,392.74 |
| 09/03/24 |  | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 |  | 2,604.16 |  | 393,996.90 |
|  | {2} |  | Payment #15 on Asset #2 claw back adversary (Altman v. Kinsey) $2,604.16 | 1241-000 |  |  |  |
| 09/06/24 |  | Bailbonds Express Southside Inc. | Motion to Compromise Claims with between Trustee and Lanett Coleman and Bailbonds Express-Southside, Inc.filed September 5, 2024 |  | 3,334.00 |  | 397,330.90 |
|  | {25} |  | Payment #1 on Asset #25 claw back settlement with Lanett Coleman et al $3,334.00 | 1241-000 |  |  |  |
| 09/09/24 |  | Thomas Canard | Motion to Compromise Claim filed August 8, 2024 with Thomas Cannard |  | 200.00 |  | 397,530.90 |
|  | {22} |  | Payment #2 on Asset #22 Claw back settlement with Canard Thomas $200.00 | 1241-000 |  |  |  |
| 09/11/24 |  | Joseph R. Newkirk | Trustee's Motion to Approve Compromise between Trustee and Joseph and Sarah Newkirk and Healing Moon Apothecary LLC et al filed June 4, 2024 |  | 1,000.00 |  | 398,530.90 |

Page Subtotals:  $8,338.16   $615.82

{ } Asset Reference(s)                                                                                                                        ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-8

| Case No.: | 3:22-bk-00144-JAF | Trustee Name: | Robert Altman (291120) |
|---|---|---|---|
| Case Name: | G8 RE CAPITAL, LLC | Bank Name: | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***8600 | **Account #:** | ******5471 Checking |
| For Period Ending: | 09/30/2024 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {12} | | Payment #3 on Asset #12 Claw back settlement with Joseph and Sarah Newkirk $1,000.00 | 1241-000 | | | |
| 09/18/24 | {22} | Residential Movement Real Estate Group | Motion to Compromise Claim filed August 8, 2024 with Thomas Cannard | 1241-000 | 200.00 | | 398,730.90 |
| 09/26/24 | {24} | McGlinchey | Motion to Compromise Claims with Royce McGowan, Shelita McGowan, and Kennedi Enterprises Incorporated filed August 19, 2024 | 1241-000 | 8,500.00 | | 407,230.90 |
| 09/30/24 | | Kinsey Enterprises Group LLC | Trustee's Motion to Compromise with Lakeisha Kinsey, Kinsey Enterprises Group, LLC and It's What U Want Unlimited Enterprises, LLC filed May 12, 2023 | | ! 2,604.16 | | 409,835.06 |
| | {2} | | Payment #16 on Asset #2 claw back adversary (Altman v. Kinsey) $2,604.16 | 1241-000 | | | |
| | | | **COLUMN TOTALS** | | 416,536.56 | 6,701.50 | $409,835.06 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 416,536.56 | 6,701.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $416,536.56 | $6,701.50 | |

{ } Asset Reference(s)                                                                                                                          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-9

| | |
|---|---|
| **Case No.:** | 3:22-bk-00144-JAF |
| **Case Name:** | G8 RE CAPITAL, LLC |
| **Taxpayer ID #:** | **-***8600 |
| **For Period Ending:** | 09/30/2024 |

| | |
|---|---|
| **Trustee Name:** | Robert Altman (291120) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******5471 Checking |
| **Blanket Bond (per case limit):** | $1,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $416,536.56 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $416,536.56 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5471 Checking | $416,536.56 | $6,701.50 | $409,835.06 |
| | **$416,536.56** | **$6,701.50** | **$409,835.06** |